# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT _____

FILED

MAR 0 3 2016

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

DAVID R. PAYNE
228 BROWNS GAP RD
CROSSVILLE, TN. 39555
Name of plaintiff(s)

v.

NATIONAL MUTUAL INSURANCE CO.
CELINA INSURANCE GROUP
ROBERT HARVEY
Name of defendant(s)

Case No. 1:16-cv-49 Phillips/Steger
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

THESE INSURORS DID WITHHOLD REPORTS, ENGINEER REPORTS AND PAPERS FROM THE PLAINTIFF AND THP DURING ACTIVE INVESTIGATION

2. Plaintiff, DAVID R. PAYNE resides at
228 BROWNS GAP RD., CROSSVILLE
street address                                 city
CUMBERLAND,     TN,    38555,   931-788-6374
county          state  zip code  telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, NATIONAL MUTUAL INSURANCE /CELINA lives at, or its business is located at

1 INSURANCE SQUARE , CELINA ,
street address / city

_____, OHIO , 45822 .
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

INSUREE WAS IN CAR CRASH. INSUREE WAS CONSIDERED AT FAULT. INSUREE WAS INJURED, BUT COULD NOT MAKE CLAIM BECAUSE OF WITHHELD DOCUMENTS. INSUREE HAD NO FAULT AND DID NOT FILE SUIT UNTIL THIS DATE. INSUROR CLAIMS SELF-DEFENSE IN GENERATION OF THESE DOCUMENTS, THOUGH A FIFTY-FIFTY WAS IN PLACE BETWEEN THE INSURORS

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. ALL DOCUMENTS GIVEN TO PLAINTIVE

   b. DAMAGES

   c. PAIN & SUFFERING

   d. MENTAL STRESS

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _3RD_ day of _MARCH_, 20_16_.

_[signature]_

Signature of plaintiff (s)

3